[No. 26207-3-III.   Division Three.   July 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS PAUL BREITKREUTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-01297-7, Neal Q. Rielly, J., entered June 6, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 26293-6-III.   Division Three.   July 24, 2008.]

*In the Matter of the Detention of* JASON M. BUBB, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-2-01010-5, Cameron Mitchell, J., entered June 20, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 26355-0-III.   Division Three.   July 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DIETRICH JAMES HARMON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 06-1-00412-1, Robert L. Zagelow, J., entered July 16, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 26388-6-III.   Division Three.   July 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY EDWIN McGOVERN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-01376-1, Neal Q. Rielly, J., entered August 9, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.